# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TREVIN NUNNALLY, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 17-1736 (UNA) |
| | ) | |
| JUDICIAL CONFERENCE OF THE UNITED | ) | |
| STATES CHIEF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**FILED**

**OCT - 5 2017**

Clerk, U.S. District and
Bankruptcy Courts

## MEMORANDUM OPINION

This matter is before the Court on the plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. The plaintiff is a federal prisoner, *see United States v. Nunnally*, 249 F. App'x 776 (11th Cir. 2007) (per curiam) (affirming conviction for conspiracy to distribute and to possess with the intent to distribute 50 grams or more of cocaine base and 5 kilograms or more of cocaine, in violation of 21 U.S.C. §§ 841(b)(1)(A)(ii)-(iii), and 846), who currently is incarcerated at a federal prison camp in Alabama. Although somewhat unclear, his complaint appears to name two defendants: the Judicial Conference of the United States and the Chief Justice of the United States "in his individual, official [and] federal judicial capacity." Compl. at 1. He asks the Court "to remove the illegal arrest warrant" issued by a federal Magistrate Judge in the Northern District of Florida "to illegally incarcerate [him] without probable cause." *Id.* at 6. The plaintiff also demands his release from prison and an award of punitive damages. *See id.*

Plaintiff's theory of liability with respect to either defendant is unclear. Because this federal district court has no jurisdiction to review the decisions of another court, *see, e.g., United States v. Choi*, 818 F. Supp. 2d 79, 85 (D.D.C. 2011) (citation omitted), the Court will dismiss his claims for injunctive

relief.  To the extent Plaintiff seeks damages from the Chief Justice in his individual capacity, such a claim is barred by the Chief Justice's absolute immunity.  *See Pierson v. Ray*, 386 U.S. 547, 554 (1967).  The plaintiff's application to proceed *in forma pauperis* will be granted.  An Order accompanies this Memorandum Opinion.

DATE: *Oct. 3, 2017*

_____
United States District Judge